**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**PETER HERNANDEZ,**

      **Plaintiff,**

**vs.**                         **Case No. 4:11cv436-SPM/WCS**

**FLORIDA STATE PRISON, et al.,**

      **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case on August 30, 2011.  Doc. 1.  Plaintiff submitted an *in forma pauperis* motion, doc. 2, with the complaint.  Ruling should be entered on that motion by the Court with jurisdiction over this action.

Plaintiff is currently incarcerated at the Florida State Prison in Raiford, Florida.  Doc. 1, p. 2.  Plaintiff names four persons as Defendants in this case, and also lists the Florida State Prison as a Defendant on page one of the complaint form.  *Id.*, at 1-2.  As all Defendants are located at Florida State Prison with Plaintiff, then the factual allegations must concern events occurring there as well.

Plaintiff indicates he has filed several other cases, and it may be possible that Plaintiff is barred from proceeding with *in forma pauperis* status absent allegations of imminent serious physical injury.  28 U.S.C. § 1915(g).  That possibility is made even more likely by Plaintiff's inclusion at the top of the complaint form of the words, "Filed pursuant to 28 U.S.C. § 1915(g) (2000) As Imminent Danger Issue."  Doc. 1, p. 1.  The United States District Court for the Middle District of Florida is in the best position to determine Plaintiff's entitlement to proceed with this case.

Because Florida State Prison is located in the Middle District of Florida, as are each of the Defendants, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the United States District Court for the Middle District of Florida, Jacksonville Division.

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the undersigned respectfully **RECOMMENDS** transfer of this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings including ruling on Plaintiff's *in forma pauperis* motion in light of 28 U.S.C. § 1915(g).

**IN CHAMBERS** at Tallahassee, Florida, on September 9, 2011.


 S/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.